United States Courts
Southern District of Texas
FILED

March 07, 2023

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| v. | | CRIMINAL NO. L-23-CR-192 |
| ULISES SALINAS<br>JUAN JOSE BARBOSA | | MGM |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about February 2, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ULISES SALINAS and
JUAN JOSE BARBOSA,**

aiding and abetting each other, in connection with the acquisition of a firearm, to wit: a Barret, Model 82A1 rifle, in .50 caliber, bearing serial number AA015294 from GunBroker.com, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious oral and written statement to RAK Armory, which statement was intended and likely to deceive RAK Armory, as to a fact material to the lawfulness of such acquisition of the said firearm to the Defendants under Chapter 44 of Title 18, in that **ULISES SALINAS** represented on a ATF Form 4473 prepared at RAK Armory that he was the actual buyer of the firearm listed on the Form 4473, when in fact as **ULISES SALINAS** knew, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and Section 2.

### COUNT TWO

On or about February 2, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ULISES SALINAS and**
**JUAN JOSE BARBOSA,**

aiding and abetting each other, in connection with the acquisition of a firearm, to wit: a Barret, Model 82A1 rifle, in .50 caliber, bearing serial number AA015294 from GunBroker.com, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious oral and written statement to RAK Armory, which statement was intended and likely to deceive RAK Armory, as to a fact material to the lawfulness of such acquisition of the said firearm to the Defendants under Chapter 44 of Title 18, in that **ULISES SALINAS** represented on a ATF Form 4473 prepared at RAK Armory that the provided address is not his true residence listed on the Form 4473, when in fact as **ULISES SALINAS** knew, the address provided was not his true residence.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and Section 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

F_____RY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*/s/ Leslie A. Cortez*
Leslie Cortez
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

**CRIMINAL DOCKET** NO. **L-23-CR-192**

___LAREDO___ DIVISION

FILE: 23-01034  MAG#: 23-00251  Judge: **MGM**
<u>INDICTMENT</u>  Filed: <u>March 7, 2023</u>

ATTORNEYS:

UNITED STATES OF AMERICA

<u>ALAMDAR S HAMDANI, USA</u>
VS.  <u>LESLIE CORTEZ, AUSA</u>

**ULISES SALINAS**
**JUAN JOSE BARBOSA**

**CHARGE:**
Count 1:   False statements during purchase of a firearm [18 USC 922(a)(6), & 18 USC 2]
Count 2:   False statements during purchase of a firearm [18 USC 922(a)(6), & 18 USC 2]

**TOTAL COUNTS: 2**

**PENALTY:**
Count 1:   0-10 years of imprisonment, and/or a $250,000 fine, $100 Special Assessment, not more than a 3-year term of Supervised Release [per count]
Count 2:   0-10 years of imprisonment, and/or a $250,000 fine, $100 Special Assessment, not more than a 3-year term of Supervised Release [per count]